UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Danielle Bedingfield v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 10-cv-12446-DRH |
| *Marci Burbidge, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10692-DRH |
| *Ronda Duffy v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 10-cv-10736-DRH |
| *Karen Fuko v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 10-cv-10257-DRH |
| *Takeshea Green v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 10-cv-20211-DRH |
| *Edith Hamilton v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 10-cv-11451-DRH |
| *Amanda Hines v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 10-cv-12258-DRH |
| *Valerie Kozak, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 09-cv-20024-DRH |
| *Amy Latimer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12328-DRH |
| *Cximare McCoy v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 11-cv-10078-DRH |
| *Tiffany Newman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12520-DRH |
| *Priscilla Nunez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20037-DRH |

| | |
|---|---|
| *Brook Paup v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11090-DRH |
| *Amy Pernelli v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20166-DRH |
| *Tanisha Robinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20082-DRH |
| *Lindsey Schacherl v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20093-DRH |
| *Felecia Simmons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10927-DRH |
| *Christine Wade v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10511-DRH |
| *Stephanie Williamson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12429-DRH |
| *Kara Wilson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20091-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 17, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY:   /s/*Sara Jennings*
> **Deputy Clerk**

Dated:  December 18, 2013

Digitally signed by David R. Herndon
Date: 2013.12.18 10:21:54 -06'00'

APPROVED:
  CHIEF JUDGE
  U. S. DISTRICT COURT